Norman C. Kleinberg (NK 2735)
Theodore V. H. Mayer (TM 9748)
William J. Beausoleil (WB 5296)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
IN RE:
Fosamax Products Liability Litigation      :   1:06-md-1789 (JFK)
                                           :
-----------------------------------------------------x
*This Document Relates to:*
Rose Evans, et al.
v. Merck & Co., Inc.
Case No: 1:07-cv-7289-JFK
-----------------------------------------------------x

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs in the above captioned case and Defendant Merck & Co., Inc., ("Merck") through their respective undersigned counsel, as follows:

1. This case having been resolved upon the agreement of the above named Plaintiffs to voluntarily dismiss with prejudice their claims against Merck in the above-captioned case and the agreement of Merck not to seek from Plaintiffs its fees and costs, the following Plaintiffs are hereby dismissed from the above captioned case with prejudice pursuant to pursuant to Fed. R. Civ. P. 41(a)(1)(ii):

> Angelica Unson
> Betty Swan
> Betty Smith
> Burn Simonson
> Diane Salazar

       Johnnie Ray
       Rose Evans
       Shawn Savage
       William Shepherd

2. Each party is to bear its own costs and attorneys' fees.

BA2/336513

Case 1:07-cv-07289-JFK    Document 18    Filed 03/14/2008    Page 2 of 3

Dated: February 22, 2008

PHILLIPS & ASSOCIATES

By _____
Lowell W. Finson
3030 N. Third St
Suite 1100
Phoenix, AZ 85012-3049
(602) 258-8900 ext. 295

*Attorneys for Plaintiff*

HUGHES HUBBARD & REED LLP

By _____
Theodore V. H. Mayer (TM 9748)
One Battery Park Plaza
New York, New York 10004
(212) 837-6888

*Attorneys for Defendant Merck & Co., Inc.*

SO ORDERED: _John F. Keenan_  3/14/08
Hon. John F. Keenan

BA2/3365.3