UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌──────────────────────────────┐
│ USDC SDNY                     │
│ DOCUMENT                      │
│ ELECTRONICALLY FILED          │
│ DOC #: _____          │
│ DATE FILED: 3-14-08           │
└──────────────────────────────┘
```

IN RE:

FOSAMAX PRODUCTS LIABILITY LITIGATION

*This Document Relates To All Actions*

MASTER FILE

1:06-MD-1789 (JFK)

## ORDER FOR ADMISSION PRO HAC VICE

Considering the Certificate of Good Standing and all other documents required by Case

Management Order No. 5 submitted by counsel, IT IS HEREBY ORDERED that:

Applicant's Name: Christy D. Jones

Firm Name: Butler, Snow, O'Mara, Stevens & Cannada, PLLC

Address: AmSouth Plaza, 210 East Capitol Street, Suite 1700

City/State/Zip: Jackson, MS 39201

Telephone/Fax: (601) 948-5711/(601) 948-4500

Email Address: Christy.Jones@butlersnow.com

is admitted to practice pro hac vice as counsel for Merck & Co., Inc. in the above captioned case

in the United States District Court for the Southern District of New York.

Dated: March 14 2008

New York, New York

*So ordered*

_____
United States District Judge

60236530_1.DOC

AO 136 (Rev 9-98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

_____ SOUTHERN _____    DISTRICT OF _____ MISSISSIPPI _____

**CERTIFICATE OF
GOOD STANDING**

I, _____ J. T. NOBLIN _____ , *Clerk of this Court,*

*certify that* ___Christy D. Jones___ , *Bar #* ___3192___ ,

*was duly admitted to practice in this Court on*

___September 30, 1977___ , *and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at* ___ Jackson, Mississippi ___ *on* ___March 4, 2008___ .
LOCATION                                              DATE



J. T. NOBLIN
CLERK

DEPUTY CLERK

AO 130 Certificate of Good Standing (ND Miss 1/07)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

## CERTIFICATE OF GOOD STANDING

I, David Crews, Clerk of the United States District Court for the Northern District of Mississippi, certify that the attorney identified below was duly admitted to practice before this Court on the date stated and is, as of the date of this certificate, in good standing as a member of the Bar of the United States District Court for the Northern District of Mississippi.

**ATTORNEY'S NAME:**    **CHRISTY D. JONES**

**BAR NUMBER:**    **3192**

**DATE ADMITTED:**    **OCTOBER 10, 1978**

Given under my hand and Seal of this Court.

DATE: March 4, 2008                DAVID CREWS, CLERK

By: _____
                                   Kay Terrell
                                   Deputy Clerk