```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x
IN RE: FOSAMAX PRODUCTS LIABILITY   :
LITIGATION
                                    :    MDL No. 1789
                                         1:06-md-1789 (JFK)
                                    x
This Document Relates to:           :    ORDER
All actions                         :
-----------------------------------x
```

JOHN F. KEENAN, United States District Judge:

Oral argument on Plaintiffs' motion to compel production of documents will take place at 10:00 a.m. on June 2, 2008 in Courtroom 20-C.

SO ORDERED.

Dated:   New York, New York
         May 21, 2008

_____
JOHN F. KEENAN
United States District Judge

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 5-21-08]